In the Matter of Hieronimus A. Herold, an Attorney.— Proceedings dismissed. Order to be settled on notice.

In the Matter of Henry E. Hoyt, an Attorney.— Proceedings dismissed. Order to be settled on notice.

Herman Strauss, Respondent, v. Gesellschaft Fur Graphische Kunst, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Seymour H. Ripin and Maurice B. Ripin, Respondents, v. United States Woven Label Company, Defendant, Impleaded with Atlantic Mercantile Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, on opinion of court below. (Reported in 71 Misc. Rep. 510.)

The Mercantile National Bank, Respondent, v. Fritz Augustus Heinze, Appellant. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

William W. Penfield, as Executor, etc., of Louisa Ann Penfield, Deceased, Appellant, v. Susan A. Penfield, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Goodyear Tire and Rubber Company, Respondent, v. The New York Taxicab Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Elmer E. Howenstein, Respondent, v. George Braunling and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Edward A. Marron v. Robert C. Cornell and Others.— Motion granted.

The City of New York v. Hurtig & Seamon.— Motion granted, with ten dollars costs.

Sandy Adams v. Minnie A. Indelli and Another. Adolph Streitfeld v. Charles L. Levi and Joseph B. Levi. Nathan Bilder v. Charles E. Ellis. John P. Cohalan v. New York Press Company.— Motions granted unless appellants comply with terms of orders.

George D. Gregory v. Ledyard Construction Company. Chester M. Freeman v. Charles Friedenberg. Chester M. Freeman v. Julius E. Mosheim.— Motions granted, with ten dollars costs.

Jacob Podalsky v. John B. Ireland. Robert Ellis v. Robert Burden. Thomas S. Napier v. Charles Spielman.— Motions granted unless appellants comply with terms of order.